DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ALLEN v. PULLEN

No. 509P86.

Case below: 82 N.C. App. 61.

Petition by plaintiff and third-party defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

BEESON v. McDONALD

No. 619P86.

Case below: 82 N.C. App. 669.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

BIVENS v. EIMCO-ELKHORN

No. 629P86.

Case below: 82 N.C. App. 764.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

BRISSON v. WILLIAMS

No. 507P86.

Case below: 82 N.C. App. 53.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 November 1986.

BRITT v. BRITT

No. 566PA86.

Case below: 82 N.C. App. 303.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 6 January 1987.